JS - 6

E-FILED 2/1/2013

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Graciela Gutierrez* | CASE NO. CV 12-4713-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *U.S. Bank, N.A., et al.* | |
| Defendants. | |

Pursuant to the Court's November 21, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Graciela Gutierrez's ("Plaintiff") claims against Defendant Bank of America, N.A., successor by merger to BAC Home Loan Servicing, LP are **DISMISSED** inasmuch as it is not named in the First Amended Complaint, which is the operative pleading.  Pursuant to the Court's February 1, 2013 Order,  IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants U.S. Bank, N.A. and ReconTrust Company, N.A. are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: February 1, 2013

_____
GEORGE H. KING
Chief United States District Judge